Keith D. SNYDER, Claimant–
Appellant,

v.

Robert A. McDONALD, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2015–7012.

United States Court of Appeals,
Federal Circuit.

Nov. 10, 2015.

Kenneth M. Carpenter, Law Offices of
Carpenter Chartered, Topeka, KS, argued
for claimant-appellant.

Steven J. Gillingham, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Scott D. Austin, Douglas Glenn Edelschick; Brian D. Griffin, Christa A. Shriber, Christina Lynn Gregg, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

LOURIE, BRYSON, and CHEN,
Circuit Judges.

## JUDGEMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.